CT Corporation

**Service of Process Transmittal**
05/26/2017
CT Log Number 531302187

**TO:** Michael O McKown
Murray Energy Corporation
46226 National Rd W
Saint Clairsville, OH 43950-8742

**RE:** **Process Served in West Virginia**

**FOR:** The Marshall County Coal Company (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Michael D. Stern, et al., Pltfs. vs. The Marshall County Coal Company, et al., Dfts. |
| **DOCUMENT(S) SERVED:** | Letter, Summons, Complaint |
| **COURT/AGENCY:** | Marshall County Circuit Court, WV<br>Case # 17C106 |
| **NATURE OF ACTION:** | The Defendants have violated the Surface Coal Mining and Reclamation Control Act and the regulations promulgated pursuant to said Act and the violations continue to this day |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Charleston, WV |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 05/26/2017 postmarked on 05/24/2017 |
| **JURISDICTION SERVED :** | West Virginia |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Eric M. Gordon<br>Berry, Kessler, Crutchfield, Taylor & Gordon<br>514 Seventh Street<br>Moundsville, WV 26041<br>304-845-2580 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via UPS Next Day Air , 1Z0399EX0105812801<br>Image SOP<br>Email Notification, Michael O McKown mmckown@coalsource.com<br>Email Notification, Kathy Bartek kbartek@coalsource.com<br>Email Notification, Robert E Murray bobmurray@coalsource.com<br>Email Notification, Jason D Witt jwitt@coalsource.com<br>Email Notification, Michael O McKown mmckown@coalsource.com<br>Email Notification, Cody Nett codynett@coalsource.com<br>Email Notification, Catherine Parsons catherineparsons@coalsource.com |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

ALL-STATE LEGAL®
EXHIBIT
A

**CT Corporation**

**Service of Process Transmittal**
05/26/2017
CT Log Number 531302187

**TO:** Michael O McKown
Murray Energy Corporation
46226 National Rd W
Saint Clairsville, OH 43950-8742

**RE:** **Process Served in West Virginia**

**FOR:** The Marshall County Coal Company (Domestic State: DE)

**SIGNED:** C T Corporation System
**ADDRESS:** 5400 D Big Tyler Road
Charleston, WV 25313
**TELEPHONE:** 919-821-7139

Page 2 of 2 / SP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.





Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305



**Mac Warner**
Secretary of State
State of West Virginia
**Phone:** 304-558-6000
886-767-8683
**Visit us online:**
www.wvsos.com

USPS CERTIFIED MAIL™



9214 8901 1251 3410 0002 0864 25

THE MARSHALL COUNTY COAL COMPANY
C. T. Corporation System
5400 D Big Tyler Road
CHARLESTON, WV 25313

**Control Number:** 195672
**Defendant:** THE MARSHALL COUNTY COAL COMPANY
5400 D Big Tyler Road
CHARLESTON, WV 25313 US

**Agent:** C. T. Corporation System
**County:** Marshall
**Civil Action:** 17-C-106
**Certified Number:** 92148901125134100002086425
**Service Date:** 5/23/2017

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of your corporation.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in the name and on behalf of your corporation as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, not to the Secretary of State's office.*

Sincerely,

*Mac Warner*

Mac Warner
Secretary of State

## SUMMONS
### CIRCUIT COURT OF MARSHALL COUNTY, WEST VIRGINIA

MICHAEL D. STERN ET AL
    PLAINTIFF,

VS.                  CIVIL ACTION NO. 17-C-106
                          JUDGE: JEFFREY D. CRAMER

THE MARSHALL COUNTY COAL COMPANY ET AL
    DEFENDANT.

**To the above named Defendant:**

IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby Summoned and required to serve upon, **ERIC M. GORDON, ESQ**, whose address is **514 SEVENTH STREET MOUNDSVILLE, WV 26041**, an answer including any related counterclaim you may have to the complaint filed against you in the above civil action, a true copy of which is herewith delivered to you. You are required to serve your answer within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above style civil action.

Joseph Rucki
CLERK OF COURT

Dated: May 18, 2017

BY: _____
DEPUTY CLERK

*Please Serve:*
*THE MARSHALL COUNTY COAL COMPANY ET AL*
*C/O CT CORPORATION SYSTEM*
*5400 D BIG TYLER ROAD*
*CHARLESTON, WV 25313*

d:\corel\boiler\civsum.wpd

IN THE CIRCUIT COURT OF MARSHALL COUNTY, WEST VIRGINIA

MICHEAL D. STERN and
AMY STERN, his wife,

    Plaintiffs,

v.            CIVIL ACTION NO. 17-C-_1066_

THE MARSHALL COUNTY COAL COMPANY,
a Delaware Corporation and the McELROY COAL
COMPANY, a Delaware Corporation,

    Defendants.

## COMPLAINT

Now come your Plaintiffs, Michael D. Stern and Amy L. Stern, his wife, by and through their counsel, Eric M. Gordon, of Berry, Kessler, Crutchfield, Taylor & Gordon, and complain and avers, as follows:

## COUNT I

1. The Plaintiffs, Michael D. Stern and Amy L. Stern, are the owners of property situate in Cameron District, Marshall County, West Virginia. Said property is more particularly described as Lot 1, Tier 5, McCracken Addition, and shown on Tax Map 17, as Parcel No. 16 and 54 acres 35 Sq Rds M Grave Creek, shown on Tax Map 17, as Parcel 20, in Cameron District, Marshall County, West Virginia, and which property is more particularly described in the deed from Robert D. Mastowski and Karen D. Tressler, dated December 9, 2016 and of record in the Marshall County Clerk's Office in Deed Book 909, at page 553.

2. The Defendant, The Marshall County Coal Company, is a Delaware corporation licensed to do business in the State of West Virginia, with its local office address of Cameron Portal, 57 Goshorn Woods Road, Cameron, West Virginia, 26033.

BERRY, KESSLER,
CRUTCHFIELD, TAYLOR
& GORDON
ATTORNEYS AT LAW
514 SEVENTH ST
MOUNDSVILLE, W VA
26041

3. The Defendant, McElroy Coal Company, is a Delaware corporation licensed to do business in the State of West Virginia, with its local office address of 46226 National Road, St. Clairsville, Ohio, 43950.

4. The Defendants, one or both of them, did, beginning on or about June of 2015, conduct long-wall mining under and adjacent to the above described property owned by the Plaintiffs. Subsequent to mining and continuing to this day the Plaintiffs have noticed damages to their property.

5. As a direct and proximate result of the long-wall mining operations conducted by one or both of the Defendants, the Plaintiffs suffered damages, all of which are continuing in nature, including, but not limited to, the following:

   a. a loss of natural water sources and supplies on the property,;

   b. a diminution of the total value of their property;

   c. loss of use of their property;

   d. annoyance and inconvenience; and

   e. a functional impairment of their surface lands including physical changes having a significant impact on their lands current or reasonably foreseeable uses.

6. To date, the Defendants have failed to correct the damages or adequately compensate the Plaintiffs for the same.

## COUNT II

7. Plaintiffs replead each and every allegation contained within Count I of this Complaint as if fully set forth herein.

8. The Defendants owe a duty to the Plaintiffs pursuant to the permit issued them, their own subsidence control plan, and, as well, the Surface Coal Mining and Reclamation

BERRY, KESSLER,
CRUTCHFIELD, TAYLOR
& GORDON
ATTORNEYS AT LAW
514 SEVENTH ST
MOUNDSVILLE, W VA
26041

Control Act and the regulations promulgated thereto, to among other things, maintain the value and reasonably foreseeable use of the overlying surface lands; to correct any material damage to surface land the facilities or structures located thereon or to compensate the owners for said damage; to replace the loss of natural water on the property by supplying water of equal quantity and quality; and to take all reasonable measures to present subsidence related damage to Plaintiffs' property and structures.

9. The Defendants have violated the terms of the Mining permit granted them by the State of West Virginia and, specifically, the Subsidence Control Plan they prepared as a part of the permit and the violations continue to this day.

10. The Defendants have violated the Surface Coal Mining and Reclamation Control Act and the regulations promulgated pursuant to said Act and the violations continue to this day.

11. The Defendants have violated all of the same by failing to provide for adequate maintenance, replacement, repair, or compensation to the Plaintiffs for the damages they suffered and by failing to take measures prior to mining to prevent subsidence on the property.

## COUNT III

12. Plaintiffs replead each and every allegation contained within Count I and II of this Complaint as if fully set forth herein.

13. The Defendants' actions were willful, wanton, intentional, reckless, and malicious demonstrating criminal indifference to the obligations they owed to the Plaintiffs.

14. The Defendants' intentional disregard of laws designed to protect the interests of the public entitles the Plaintiffs to punitive damages.

**WHEREFORE**, your Plaintiffs demand judgment against the Defendants in an amount sufficient to compensate them for their damages, punitive damages, pre-judgment and post-

BERRY, KESSLER,
CRUTCHFIELD, TAYLOR
& GORDON
ATTORNEYS AT LAW
514 SEVENTH ST
MOUNDSVILLE, W VA
26041

judgment interest; expert fees, attorney's fees and costs and such other further relief as the Court deems proper.

**PLAINTIFF DEMANDS A TRIAL BY JURY.**

_____
Eric M. Gordon, Esquire
WV State Bar No. 6897
Counsel for Plaintiffs
Berry, Kessler, Crutchfield, Taylor & Gordon
514 Seventh Street
Moundsville, West Virginia  26041
Telephone:     (304)   845-2580
Facsimile:      (304)   845-9055
E-Mail:          egordon@bkctg.com

T:\KBidka\My Documents\Work Docs\KBIDKA\WPDOCS\ABC\Complaint.Stern.Marshall.County.Coal.EMG.doc